RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

*(Rev. 12/6/12)* AUG 2 8 2025

Ac

DANIEL J. McCOY CLERK

BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

_D'Kevin Cleveland_
Plaintiff

Civil Action No.   3:25-cv-1284 _____

VS.

Judge _____

_Town of Rayville_
Defendant

Magistrate Judge _____

**COMPLAINT**
**UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A.  Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.  Attach an additional sheet, if necessary.

_Also sueing for Emotional Distress, somee days I wake up normal hours wanting to work but i cant start feeling sad having negative energy and thoughs_

_____

_____

_____

B.  Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?    Yes [✓]   No [ ]

C.  Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?    Yes [✓]   No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received:  _May 30, 2025_

Page 1 of 2

*(Rev. 12/6/12)*

D.   Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [✓]   No [ ]

If "Yes," attach a copy of such determination.  Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

_____

_____

_____

E.   Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____

_____

_____

_____

F.   Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date:  8/27/2025

D'Kevin Cleveland
**(Signature)**

211 Donovan Circle
**(Street Address or P.O. Box)**

monroe, LA, 71203
**(City, State, Zip Code)**

318 - 789-5723
**(Area Code)     (Telephone Number)**

_____
**(Witness)**

_____
**(Witness)**

Page 2 of 2

*D'kevin Cleveland*

*211 Donovan circle Monroe la*

*Dkevinc@yahoo.com*

*August 19,2025*

*Wrongful termination*

*Dear Judge I'm writing you on behalf of a sex discrimination at my job "TOWN OF RAYVILLE". I believe that I have been discriminated based on my sex (Male) in violation of Title VII of the Civil Rights Act of 1964, as amended in that after the birth of my baby I informed Valerie Wilson (H.R.) that I wanted to take leave, but David threatened me that if I take leave, he will fire me. On Marcy 28, 2025, I took a week of for FMLA due to me not having a babysitter. That next week I was questioned by David asking me where I was. He also stated that they did not have FMLA. On April 19, 2025, I informed David that I needed another week off. On May 01, 2025, while I was off, I received a letter in the mail informing me of my discharge due to excessive absences and unapproved leave. I would be grateful if you can lead me in the right direction I will really appreciate your help.*

*Yours truly D'kevin Cleveland*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New Orleans Field Office
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/30/2025

**To:** Dkevin Cleveland
211 Donovan circle
MONROE, LA 71203
Charge No: 461-2025-02291

EEOC Representative and email:     CHARLOTTE DAVIS
Senior Investigator
charlotte.davis@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 461-2025-02291.

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
05/30/2025
Michael Kirkland
Director

Yahoo Mail: Search, Organize, Conquer

| | |
|---|---|
| **From:** | Christy Natt |
| **To:** | Christy Natt |
| **Date:** | Thursday, August 28, 2025 9:11:43 AM |

**EXTERNAL EMAIL:** Please do not click on links or attachments unless you know the content is safe.